**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   REED DAVID WILLIS, JR
         AKA: REED D WILLIS, JR, REED
         DAVID WILLIS               CHAPTER 13

             Debtor(s)

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE         CASE NO: 1-24-02067-HWV
             Movant
         vs.
         REED DAVID WILLIS, JR
         AKA: REED D WILLIS, JR, REED
         DAVID WILLIS

             Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on September 9, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on August 22, 2024.

2) The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

> **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
> **- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
> **- CHAPTER 13 PLAN**

3) If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

Respectfully submitted,

/s/  Douglas R. Roeder, Esquire

ID:  80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email: droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   REED DAVID WILLIS, JR                    CHAPTER 13
        AKA: REED D WILLIS, JR, REED
        DAVID WILLIS                                   CASE NO: 1-24-02067-HWV

## NOTICE

NOTICE IS HEREBY GIVEN THAT The debtor(s) filed a Chapter13 Bankruptcy Petition on August 22, 2024.

Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file required documents indicated below.

        **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY**
        **INCOME AND CALCULATION OF COMMITMENT PERIOD**
        **- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE**
        **INCOME**
        **- CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

        Sylvia H. Rambo United States Courthouse        Date:  October 23, 2024
        Bankruptcy Courtroom 4B
        1501 North 6th Street                Time:  09:35 AM
        Harrisburg, PA 17102

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before:
**September 23, 2024**.  If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date.  If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Dated:    September 9, 2024                    Respectfully submitted,

                                   /s/   Douglas R. Roeder, Esquire
                                   ID:  80016
                                   Attorney for Movant
                                   Jack N. Zaharopoulos
                                   Standing Chapter 13 Trustee
                                   Suite A, 8125 Adams Drive
                                   Hummelstown, PA 17036
                                   Phone:  (717) 566-6097
                                   email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    REED DAVID WILLIS, JR
           AKA: REED D WILLIS, JR,      CHAPTER 13
           REED DAVID WILLIS

                                CASE NO: 1-24-02067-HWV

            Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 9, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

Served by First Class mail

REED DAVID WILLIS, JR
4945 DEER PATH DRIVE
HUNTINGDON, PA  16652

I certify under penalty of perjury that the foregoing is true and correct.

Date:  September 9, 2024                /s/  Vickie Williams
                                       Office of the Standing Chapter 13 Trustee
                                       Jack N. Zaharopoulos
                                       Suite A, 8125 Adams Dr.
                                       Hummelstown, PA  17036
                                       Phone:  (717) 566-6097
                                       email: info@pamd13trustee.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    REED DAVID WILLIS, JR
            AKA: REED D WILLIS, JR, REED
            DAVID WILLIS

            CHAPTER 13

            Debtor(s)

            JACK N. ZAHAROPOULOS
            CHAPTER 13 TRUSTEE
                   Movant

            CASE NO: 1-24-02067-HWV

            vs.
            REED DAVID WILLIS, JR
            AKA: REED D WILLIS, JR, REED
            DAVID WILLIS

            Respondent(s)


## ORDER DISMISSING CASE


       Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.  The Court retains jurisdiction to rule on any timely filed fee application.