United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-02067-HWV
Reed David Willis, Jr  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Sep 18, 2024      Form ID: ntnew341      Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reed David Willis, Jr, 4945 Deer Path Drive, Huntingdon, PA 16652-7753 |
| 5646918 | + | Brightspeed, Attn Bankruptcy Dept, 1120 South Tryon St Ste 700, Charlotte, NC 28203-6820 |
| 5646920 | + | Penelec/First Energy Corp, Attn Bankruptcy Dept, 405 W Plank Road, Altoona, PA 16602-3017 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5646919 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2024 18:55:16 | CitiBank NA, Attn Bankruptcy Dept, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5646917 | ^ | MEBN | Sep 18 2024 18:38:48 | KML Law Group PC, Attn Bankruptcy Dept, 701 Market Street Ste 5000, Philadelphia, PA 19106-1541 |
| 5652822 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Sep 18 2024 18:41:00 | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5646916 | | Email/Text: mtgbk@shellpointmtg.com | Sep 18 2024 18:41:00 | Shellpoint Mortgage Servicing Inc, Attn Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 20, 2024      Signature:      /s/Gustava Winters

Case 1:24-bk-02067-HWV    Doc 16    Filed 09/20/24    Entered 09/21/24 00:25:04    Desc
Imaged Certificate of Notice     Page 1 of 3

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Reed David Willis Jr,
aka Reed David Willis, aka Reed D Willis Jr,

Chapter 13

**Debtor 1**

Case No. 1:24−bk−02067−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: November 7, 2024<br><br>Time: 08:30 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 18, 2024 |

ntnew341 (09/23)