United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Reed David Willis, Jr  
    Debtor

Case No. 24-02067-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Oct 15, 2024     Form ID: pdf010     Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reed David Willis, Jr, 4945 Deer Path Drive, Huntingdon, PA 16652-7753 |
| 5646918 | + | Brightspeed, Attn Bankruptcy Dept, 1120 South Tryon St Ste 700, Charlotte, NC 28203-6820 |
| 5646920 | + | Penelec/First Energy Corp, Attn Bankruptcy Dept, 405 W Plank Road, Altoona, PA 16602-3017 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5646919 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 15 2024 19:22:15 | CitiBank NA, Attn Bankruptcy Dept, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5659285 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 15 2024 19:22:15 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5646917 | ^ | MEBN | Oct 15 2024 19:07:56 | KML Law Group PC, Attn Bankruptcy Dept, 701 Market Street Ste 5000, Philadelphia, PA 19106-1541 |
| 5652822 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 15 2024 19:09:00 | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5659894 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 15 2024 19:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5646916 | | Email/Text: mtgbk@shellpointmtg.com | Oct 15 2024 19:08:00 | Shellpoint Mortgage Servicing Inc, Attn Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 2 of 2 |
| Date Rcvd: Oct 15, 2024 | Form ID: pdf010 | Total Noticed: 9 |

Date: Oct 17, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: REED DAVID WILLIS, JR<br>AKA: REED D WILLIS, JR, REED DAVID WILLIS<br><br>Debtor(s)<br><br>JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant<br>vs.<br>REED DAVID WILLIS, JR<br>AKA: REED D WILLIS, JR, REED DAVID WILLIS<br><br>Respondent(s) | CHAPTER 13<br><br>CASE NO: 1:24-bk-02067-HWV |

## ORDER

Upon consideration of the Trustee's Motion to Dismiss for failure to file schedules, statements, or plan, Doc. 14, and no objections having been filed, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is **DISMISSED**.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 15, 2024